AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Paul Russell Johnson | ) Case: 1:21−mj−00367 |
| DOB: XXXXXX | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/12/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 111(a)(1), (b) | - Inflicting Bodily Injury on Certain Officers, |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. §§ 1512(c)(2), 2 | - Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jon Comottor, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 04/12/2021

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*