AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Russell Johnson | ) Case: 1:21-mj-00367 |
| | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 4/12/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Russell Johnson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), (b) - Inflicting Bodily Injury on Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 04/12/2021

2021.04.12 13:56:23 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/12/2021, and the person was arrested on *(date)* 4/13/2021
at *(city and state)* LANEXA, VIRGINIA.

Date: 4/13/2021

*Arresting officer's signature*

SPECIAL AGENT DESIRAE MALDONADO
*Printed name and title*