# Exhibit 1

Case 1:21-cr-00332-PLF   Document 30-1   Filed 06/07/21   Page 2 of 6









