# Exhibit 2

June 06, 2021

# New Kent County, Virginia

| PID: | Account ID: | GPIN: |
|---|---|---|
| 1198 | 35    38 | H23-3622-4616 |

## Summary

| | | | |
|---|---|---|---|
| Owner's Name: | JOHNSON PAUL R | Deed Book Reference: | N/A |
| Location: | 5801 GOOD HOPE RD | Deed Book Page Reference: | N/A |
| Subdivision: | NEAR GOOD HOPE CHURCH | Owner's Name: | JOHNSON PAUL R and JOHNSON SOMMER |
| Topography: | 9 | Owner Address: | 5801 GOOD HOPE RD LANEXA, VA 23089 |
| Topography Description: | Slopes up | | |
| Utilities: | 5,6,7 | Validity Code: | 25 |
| Utilities Description: | Well,Septic,Electric | Qualified Sale/Unqualified Sale: | U |
| Location: | N/A | Vacant/Improved: | I |
| Street/Road: | 1 | AFD: | NEAR GOOD HOPE CHURCH |
| Street/Road Description: | Paved | Description: | N/A |
| Sale Price: | $165,000 | Legal: | 13.755 AC  DB  88/700 |
| Sale Date: | 1/28/2021 | Total Acres: | 14 |

## Improvements

### Improvement 1

| | | | |
|---|---|---|---|
| Vacant/Improved: | I | AC Type: | Central |
| Style: | 13 | Total Rooms: | N/A |
| Style Description: | Double Wide 1996 & Newer | Bedrooms: | 3 |
| Stories: | 1 | Full Baths: | 2 |
| Roof Structure Description: | Gable | Half Baths: | N/A |
| Roof Cover: | 01 | Effective Area: | 1,418 |
| Heat Fuel: | Electric | Gross Area: | 2,997 |
| Heat Type: | Heat Pump | Living Area: | 1,416 |

### Improvement 2

| | | | |
|---|---|---|---|
| Vacant/Improved: | I | AC Type: | None |
| Style: | 15 | Total Rooms: | N/A |
| Style Description: | Detached Garage | Bedrooms: | N/A |
| Stories: | 2 | Full Baths: | N/A |
| Roof Structure Description: | Gable | Half Baths: | N/A |
| Roof Cover: | 01 | Effective Area: | 26 |
| Heat Fuel: | Electric | Gross Area: | 2,536 |
| Heat Type: | Electr Basebrd | Living Area: | N/A |

### Improvement 3

| | | | |
|---|---|---|---|
| Vacant/Improved: | I | AC Type: | Unit/AC |
| Style: | FH | Total Rooms: | 8 |
| Style Description: | Farmhouse | Bedrooms: | 3 |
| Stories: | 2 | Full Baths: | 2 |
| Roof Structure Description: | Gable | Half Baths: | N/A |
| Roof Cover: | 01 | Effective Area: | 2,323 |
| Heat Fuel: | Electric | Gross Area: | 4,703 |
| Heat Type: | Electr Basebrd | Living Area: | 2,315 |

## Assessment

| | |
|---|---|
| Total Assessed Building: | $119,500 |
| Outbuilding Assessment: | $4,300 |
| Extra Features Assessment: | $ |
| Improvement Assessment: | $123,800 |
| Land Assessment: | $119,900 |
| Total Assessed Value: | $243,700 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as New Kent County expressly disclaims any liability for loss or damage arising from the use of said information by any third party

# New Kent County , Virginia

## Legend

- Area County Boundaries
- School Districts
- Parks
- School Board Properties
- Parcels
- Hooks
- Subdivisions
- Tax Map 600 Scale Grid

Routes

- INTERSTATE
- US HIGHWAY
- VA PRIMARY
- VA SECONDARY
- PRIVATE
- PAPER
- INSTITUTIONAL PROPERTY
- ISFR
- RAMP
- CROSSOVER
- Ancillary Roads
- Railroads

Feet

0 200 400 600 800

1:9,028 / 1"=752 Feet

**Title: Parcels**

**Date: 6/6/2021**

*DISCLAIMER:This drawing is neither a legally recorded map nor a survey and is not intended to be used as such. The information displayed is a compilation of records,information, and data obtained from various sources, and New Kent County is not responsible for its accuracy or how current it may be.*

