# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-332-PLF |
| PAUL RUSSELL JOHNSON, | : |
| | : |

## ORDER

It is hereby ORDERED on this __8th__ day of June that the Consent Motion to Modify Conditions of Release is GRANTED. Accordingly, Paul Russell Johnson's conditions of release are modified to:

(1) discontinue the use of an ankle monitor for location monitoring in favor of the SmartLINK cell phone application for location monitoring,

(2) allow Mr. Johnson to move without restriction, while he is at his residence, which includes his 14-acre farm, and allow Mr. Johnson to attend the football games and practices for his son and stepson, provided that Mr. Johnson provide his Pretrial Services Officer with a complete copy (including addresses) of his children's practice and game schedules within three days upon entry of this order, and that Mr. Johnson provide his Pretrial Services Officer with 24 hours' notice to any changes in the practice and/or game schedules.

**IT IS SO ORDERED.**

_____
PAUL L. FRIEDMAN
United States District Judge

Date:  June _8_, 2021