Rev: 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.        21-332        (JMC)

PAUL RUSSELL JOHNSON- 1                 Category      B
STEPHEN CHASE RANDOLPH- 2

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ___1/6/2022___ from ___Judge Paul L. Friedman___

to ___Judge Jia M. Cobb___ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:     ___Judge Paul L. Friedman___   & Courtroom Deputy
        ___Judge Jia M. Cobb___        & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk