IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **PAUL RUSSELL JOHNSON,** <br><br> Defendant. | Case No. 1:21-cr-00332-JMC-1 |

**NOTICE RE DEFENDANT PAUL RUSSELL JOHNSON'S
MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the United States of America, through undersigned counsel, and respectfully provides notice as follows regarding Defendant Paul Russell Johnson's motion, ECF 83, which seeks modification of a release condition:

1. Counsel for defendant Johnson sought the prosecution's position on the above-referenced motion to allow the defendant to travel to South Carolina. The United States advised that it would not oppose the motion so long as Pretrial Services did not oppose the motion, and so long as the defendant provided Pretrial Services with an itinerary and details for his trip, and agreed to daily check-ins during travel.

2. The United States also received a draft of the motion to modify which reflected that the defendant had complied with release conditions, agreed to the government's prerequisites for his travel, and did not face opposition to his travel from Pretrial Services, provided that this Court concurred with his request.

3. In that context, the United States informed defense counsel that the motion could be filed without opposition; based on that understanding, defense counsel filed the motion to modify as a consent motion.

4. After the motion was filed, the United States learned that Pretrial Services was preparing a report regarding the defendant's non-compliance with certain conditions of release. The prosecution informed defense counsel of the foregoing and its potential to cause the government to change its position towards the motion to modify.

5. Pretrial Services submitted its report. Accordingly, the United States gives notice that it cannot maintain its position of non-opposition.

6. Defense counsel has informed the United States that the defense disputes certain information in the Pretrial Services report. The parties have planned to discuss the defense's dispute with the report on March 15, 2022.

7. In light of the contents of the report, and until such time as any dispute with the report can, if possible, be resolved, the United States cannot consent to the relief requested in the motion to modify.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ Hava Mirell
HAVA ARIN LEVENSON MIRELL
CA Bar No. 311098
Assistant United States Attorney, Detailee
555 4th Street, NW
Washington, DC 20530
(213) 894-0717
Hava.Mirell@usdoj.gov