AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
*Plaintiff* )
v. ) Case No. 21-cr-332
Paul Russell Johnson )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Russell Johnson .

Date: March 1, 2023

*/s/ Lauren Rosen*
*Attorney's signature*

Lauren Rosen NC Bar No. 46368
*Printed name and bar number*

1650 King Street, # 500 Alexandria, VA 22314
*Address*

lauren_rosen@fd.org
*E-mail address*

703-600-0819
*Telephone number*

703-600-0880
*FAX number*