UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL RUSSELL JOHNSON, *et al.*,<br><br>Defendants. | Criminal Action No. 1:21-cr-00332 (JMC) |

### ORDER

On April 30, 2021, the Government filed an indictment against Paul Russell Johnson and Stephen Chase Randolph alleging that the two men committed multiple crimes during the events of January 6, 2021. ECF 15. A Superseding Indictment was later filed against them. ECF 61. Johnson and Randolph were both charged with:

- Civil Disorder, in violation of 18 U.S.C. § 231(a)(3) (Count One);

- Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2 (Count Two);

- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury, and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a)(1) and (b) and 2 (Count Three);

- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) (Count Five);

- Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) (Count Six);

- Engaging in Physical violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, Resulting in Significant Bodily Injury, and Aiding and Abetting, in violation of 18 U.S.C. §§ 1752(a)(4), (b)(1)(A), (b)(1)(B) and 2 (Count Seven);
- Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D) (Count Eight);
- Act of Physical Violence in the Capitol Grounds or Buildings and Aiding and Abetting, in violation of 40 U.S.C. §§ 5104(e)(2)(F) and 2 (Count 9).

*See id.* Additionally, Randolph was charged with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1) (Count Four). *Id.* at 3.

The Government prosecuted Johnson and Randolph in this two co-defendant case until it included them in the Third Superseding Indictment filed in *United States v. Samsel, et al.*, No. 21-cr-537, ECF 80. Johnson and Randolph became two of five co-defendants in the *Samsel* case.

The docket in this case quieted after the Third Superseding indictment was filed in *Samsel* because the prosecution shifted to that case. Essentially, that case supplanted this case. In light of these developments, Randolph filed a Motion to Dismiss in this case arguing that the same conduct was charged in *Samsel*. *See* ECF 87. The Government did not oppose the Motion. *See* ECF 89. Johnson joined the Motion as well. ECF 91.

The Court concludes that the Government has opted to prosecute Johnson and Randolph in *Samsel* rather than this case. Because the Government does not object to the Motion to Dismiss, the Court grants it. Accordingly, it is

**ORDERED** that the Motion to Dismiss, ECF 87, is **GRANTED** as to Paul Russell Johnson and Stephen Chase Randolph. The case is dismissed in its entirely.

**SO ORDERED.**

DATE: March 6, 2023

_____
Jia M. Cobb
U.S. District Court Judge